**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES I TRUST,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CAUSE NO. EP-19-CV-334-KC** |
| **TERESITA DE JESUS FACIO, JULIO HUMBERTO FACIO, HECTOR FACIO, CARLOS FRANCISCO FACIO, MARIA ESPERANZA VILCHIS, MARIA SOCORRO FACIO-CONTRERAS, NORMA ALICIA SCHRECKENGOST, VERONICA GUADALUPE STOCKER, SYLVIA YOLANDA FACIO, CAROL FACIO RIVERA AKA CAROLINA RIVERA, and MARTIN MANUEL FACIO,** | § | |
| **Defendants.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On this day, the Court considered Plaintiff's Motion for Default Judgment ("Motion"), ECF No. 38. On August 11, 2026, the Court referred the Motion to United States Magistrate Judge Robert F. Castaneda. Aug. 11, 2026, Text Order. On August 28, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 42, concluding that Plaintiff's Motion should be granted. R&R at 13.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since Plaintiffs were served with the R&R, and no objections have been filed. All Defendants in

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

the case have defaulted. *See* Entry of Default, ECF No. 37.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 42, in its entirety, and **ORDERS** that Plaintiff's Motion for Default Judgment, ECF No. 38, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff, its successor and assigns, can enforce the lien through non-judicial foreclosure of the Property located at 8512 San Miguel Dr., El Paso, Texas 79907, pursuant to the terms of the Security Instrument, the Texas Constitution, and Section 51.002 of the Texas Property Code.

**IT IS FURTHER ORDERED** that the Plaintiff is entitled to court costs and attorneys' fees in an amount to be determined upon subsequent motion pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), which will be added as a charge to the total debt and collected at the time of foreclosure.

**IT IS FURTHER ORDERED** that Plaintiff must file its motion for attorneys' fees and costs **by no later than September 21, 2026**.

**SO ORDERED.**

**SIGNED this 14th day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE